PD-0274-15 IN THE COURT OF CRIMINAL APPEALS
TRAVIS COUNTY, TEXAS

Bruce E. Joseph
Appellant Pro se

VS.

THE STATE OF TEXAS
Appellee

C.O.A. Case No. 01-14-00237-CR
Tr. Ct. No. 43.409A
P.D.-0274-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

## NOTION TO REVIEW RULINY BY
## MOTION FOR REHEARING FOR MISCONSTRUE
## RULE 79.2 (c) PURSUANT TO T.R.A.P.

FILED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

To THE HONORABLE CLERK:

Dear Clerk:

I, Bruce Egrim Joseph, himself in the above styled and cause No. this 4th day of August 2015, would like to redress this highly esteemed and reputable Court of Criminal Appeals. Appellant (Joseph) received the Official Notice from Court of Criminal Appeals order, Seek his Motion for Rehearing was rejected for Non-Compliance pursuant to Rule 79.2 (c) Tex. R. App. Proc. on the 21th day of July 2015. Joseph received the notification on the 27th day of July 2015.

In this, Joseph's Pro Se manner and hereby bring said Motion to the clerk attention. Joseph misconstrue his Motion for rehearing under Tex. R. App. Proc. 79.2(c) But came under T.R.A.P. Rule 74.9 Motion for Rehearing.

To this Esteem Court/Clerk: Joseph has exercises due diligence and through no fault of his own is unable to get the Trial Court-Respondent to address Appellant Joseph's 12 grounds for review in order for him to clearly state and show the point relied on for the Rehearing, Specific it to this Court in his Petition for Discretionary Review:

Joseph is pleading with the Court Clerk. Not to be held some what Standard as those drafted by trained lawyer. Joseph is not schooled in the law, and plea with the Court/Clerk not to make haste decision on all of Joseph's Motion. He is and still is under an abundance of caution that reflects his life and freedom: Appellant (Joseph) pleading with this highly esteemed Court/Clerk of Criminal Appeals to order the respondent to address those 12 grounds. So that this Court can see the points Appellant relied on for rehearing; for the Court Court to rule on the Motion in pertinent part.

Appellant (Joseph) has been acting with due diligence in bring this case forward in this regard. He has no other means of ascretaining the disclosure requested. to show the Court the Constitution Voitation and denied due process, due Course of law and Statutory protection in this manner herein this case.

Thank you for your time; May I look forward to hearing from you?
Have a bless day.

Respectfully Submitted
Bruce Egrim Joseph